FILED IN CHAMBERS
THOMAS W. THRASH JR.
U. S. D. C. Atlanta

JUL 2 0 2009

JAMES N. HATTEN, Clerk
By: /s/ Deputy Clerk

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| WILLIE JAMES TERRELL, JR., GDC No. 610258<br>Plaintiff, | PRISONER CIVIL RIGHTS<br>42 U.S.C. § 1983 |
| v. | CIVIL ACTION NO.<br>1:09-CV-243-TWT |
| FULTON COUNTY COMMISSIONERS' OFFICE, et al.,<br>Defendants. | |

## ORDER AND OPINION

Plaintiff submitted a civil rights complaint [1] and sought leave to proceed *in forma pauperis* [2]. By Order dated February 26, 2009, Plaintiff was granted leave to proceed *in forma pauperis*, provided he pay an $8.00 initial partial filing fee within thirty (30) days [2]. Although more than four (4) months have now passed, Plaintiff has not paid the initial partial filing fee.[1]

---

[1] Two other lawsuits filed by Plaintiff in this Court were recently dismissed under 28 U.S.C. § 1915A for failure to state a claim upon which relief might be granted. *See Terrell v. Grady Mem. Hosp.*, No. 1:08-CV-3931 (N.D. Ga. dismissed May 27, 2009) and *Terrell v. Fulton County*, No. 1:09-CV-513 (N.D. Ga. dismissed May 22, 2009). Plaintiff appealed those dismissals and requested leave to proceed *in forma pauperis* on appeal. Plaintiff submitted an affidavit, dated June 17, 2009, indicating that he had an average monthly balance over the preceding six months of $54.44 and received average monthly deposits of $60.00. Plaintiff clearly had the means to pay the initial partial filing fee of $8.00 in this case.

AO 72A
(Rev.8/82)

This Court's local rules permit dismissal when "a plaintiff [shall] fail or refuse to obey a lawful order of the court in the case." LR 41.3A(2), NDGa. Accordingly, Plaintiff's complaint in this case is **DISMISSED**.

**IT IS SO ORDERED**, this 17 day of July, 2009.

*Thomas W. Thrash*
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)